# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

TRANSgender Sean:
MRS. EYE KEYA MY (CARRUTHERS)
OCA# 122404
Washington - (married),

[You are the PLAINTIFF, print your full name on this line.]

v. St. Joseph County Jail

Deputy: Velez,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

-FILED-
MAY 22 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number 3:23-cv-455

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] St. Joseph County Jail | 401 West Sample Street South Bend In. 46601 |
| 2 | [Put the names of any other defendants in these boxes.] Deputy Velez | 401 West Sample Street South Bend In. 46601 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 2

2. What is the name and address of your prison or jail? St. Joseph County Jail of Indiana State

3. Did the event you are suing about happen there? ⊗ Yes. ○ No, it happened at: _____

4. On what date did this event occur? November 2, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. Abandoned Property: ~~Imment~~ Iniment danger and physical harm by Deputy Velez, abandoned this writer Property after physical harm by a Detainee named Joshua Savado inside Room J715 on Cell Block of Jo Pod. Ms. Deputy Velez allowed a pretrial detainee to minikia a situation of Neglected, hate crime, and wrongfully conducting a investigation as my Commissary over $200.00 of United States of American currency was stolen by detainee who bunk inside the same Room of J715. Additionally Deputy of St. Joseph County Jail has lacked in heu of thier Job duties and details. Joshua Savado and Deputy Velez has deprived my constitutional Rights. $900,000 United States of American Currency. Under penalties for Perjury, all Representation of Information is TRUE and Correct.

5. When did this event happen?
   - ○ Before I was confined.
   - ⦿ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⦿ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ⦿ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _Internal Affairs - Sent copies)_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _Demand of 900,000 United States of American Currency; Deputy Velez To Protect Property._

[Initial Each Statement]
_EmCW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EmCW_ I will keep a copy of this complaint for my records.
_EmCW_ I will promptly notify the court of any change of address.
_EmCW_ I WILL NOT send more than one copy of any filing to the court.
_EmCW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EmCW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _11_/_07_/20_22_ at _10_ ⦿am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Transgender Icon: Mrs. EyeKeyA_
_My Carruthers QA# 122404) 3Washington)_                    OCA# 122404
**Signature**                                                **Prisoner Number**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]