AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Transgender Icon: Mrs. Eye Keyla My Carruthers Washington (married)*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
　　　Plaintiff

　　　　　　v.　　　　　　　　　　　　　　　**Civil Action No.**　3:23cv455

ST JOSEPH COUNTY JAIL

VELEZ
*Deputy*
　　　Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____ .

**X** Other: This case is DISMISSED without prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.:

**X** decided by Chief Judge Jon E. DeGuilio.

DATE: 6/2//2023    CHANDA J. BERTA, CLERK OF COURT
by    s/R. Figueroa
*Signature of Clerk or Deputy Clerk*